# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**J. DONALD DISHMAN,**          :
                                :
   Plaintiff,              :
                                :
v.                              :          Civil Action No. 7:08-cv-45 (HL)
                                :
**ROBERT H. WISE, M.D. and**    :
**RADIOLOGY ASSOCIATES**        :
**OF VALDOSTA, P.C.,**          :
                                :
   Defendants.             :
_____

## ORDER

Currently pending before the Court is Defendants Robert H. Wise, M.D. and Radiology Associates of Valdosta, P.C.'s ("Defendants") Motion for Summary Judgment. (Doc. 33). Defendants contend that they are entitled to judgment as a matter of law on all of Plaintiff's claims, and that there are no material issues of fact remaining in this case. Defendants believe Plaintiff has failed to prove causation, an essential element of a medical malpractice claim.

Plaintiff has filed a response (Doc. 41) to Defendants' Motion. Plaintiff alleges that Defendant Wise's negligence in diagnosing a fracture resulted in permanent injury to his right ring finger. In support of his position, Plaintiff relies on the testimony and opinion of Dr. Tamara R. Clancy, who surgically repaired Plaintiff's hand.

In federal court, expert opinions must meet the admissibility guidelines announced by the Supreme Court in <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509

U.S. 579, 113 S.Ct. 2786 (1993), and Federal Rule of Evidence 702. District courts have a duty under Rule 702 to "ensure that any and all scientific testimony or evidence admitted is not only relevant, but reliable." Daubert, 509 U.S. at 589.

In the interest of judicial economy, if Defendants have any intention to file a motion to exclude Dr. Clancy's testimony, they are instructed to do so on or before May 8, 2009. Plaintiff will be given the standard time to respond, with Defendants then having ten days to file a reply brief. The Court reserves its ruling on Defendants' Motion for Summary Judgment at this time.

**SO ORDERED**, this the 23rd day of April, 2009.

                                        *s/ Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh